No. D–944. IN RE DISBARMENT OF RUSSELL. It is ordered that Alan H. Russell, of Van Nuys, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–945. IN RE DISBARMENT OF HEAVY. It is ordered that Edward Emmet Heavy, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–946. IN RE DISBARMENT OF RICHARDSON. It is ordered that Donald J. Richardson, Jr., of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig. DELAWARE v. NEW YORK. Motion of South Carolina for leave to intervene and adopt complaint referred to the Special Master. [For earlier order herein, see, e. g., ante, p. 893.]

No. 89–1027. NORFOLK & WESTERN RAILWAY CO. ET AL. v. AMERICAN TRAIN DISPATCHERS' ASSN. ET AL.; and

No. 89–1028. CSX TRANSPORTATION, INC. v. BROTHERHOOD OF RAILWAY CARMEN ET AL. C. A. D. C. Cir. [Certiorari granted, 494 U. S. 1055.] Motion of respondents American Train Dispatchers' Association et al. to dismiss denied.

No. 89–1784. INSURANCE COMPANY OF THE STATE OF PENN-SYLVANIA ET AL. v. BEN COOPER, INC. C. A. 2d Cir. [Certiorari granted, 497 U. S. 1023.] Motion of the Solicitor General for divided argument granted to be divided as follows: 30 minutes for petitioners; 20 minutes for respondent; and 10 minutes for the Solicitor General. Request for additional time for oral argument denied.

No. 90–5537. IN RE THOMAS. Petition for writ of mandamus denied.

No. 90–96. SIEGERT v. GILLEY. C. A. D. C. Cir. Certiorari granted.